IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MICHAEL STEPHON PARKER,<br>　　　Plaintiff, | Civil Action No. 7:11-cv-00547 |
| v. | **MEMORANDUM OPINION** |
| MAJOR LAURIE NICHOLSON, <u>et al.</u>,<br>　　　Defendants. | By:　Hon. Michael F. Urbanski<br>　　　United States District Judge |

　　　By Order entered December 7, 2011, the court assessed a $350 filing fee and granted plaintiff fifteen days from the date of the Order to forward to the court a statement of his assets signed under penalty of perjury and an inmate account form with certified trust fund account data so the court could determine a payment schedule, pursuant to 28 U.S.C. § 1915.  Plaintiff, who is incarcerated and proceeding <u>pro se</u>, was advised that failure to return these documents within the allotted time would result in dismissal of this action without prejudice.  The time for plaintiff to respond expired, and plaintiff has failed to return the required financial documents to the court.  Accordingly, the complaint is dismissed without prejudice for failure to comply with the conditional filing order.

　　　The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to the plaintiff.

　　　　　　　　　　　　　　　　　　　Entered:  January 3, 2012

　　　　　　　　　　　　　　　　　　　/s/ Michael F. Urbanski

　　　　　　　　　　　　　　　　　　　Michael F. Urbanski
　　　　　　　　　　　　　　　　　　　United States District Judge