## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL STEPHON PARKER,** | |
| **Plaintiff,** | **Civil Action No.7:11-cv-00547** |
| **v.** | **ORDER** |
| **MAJOR LAURIE NICHOLSON, <u>et al.</u>,** | **By:   Hon. Michael F. Urbanski** |
| **Defendants.** | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ORDERED

that the complaint is **DISMISSED without prejudice** and the action is **STRICKEN** from the

active docket of this court.  Plaintiff may refile his claims in a new and separate action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to the plaintiff.

Entered:  January 3, 2012

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge