IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **MICHAEL STEPHON PARKER,** <br> Plaintiff, | Civil Action No.7:11-cv-00547 |
| v. | **ORDER** |
| **MAJOR LAURIE NICHOLSON, et al.,** <br> Defendants. | By: Hon. Michael F. Urbanski <br> United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** and the action is **STRICKEN** from the active docket of this court. Plaintiff may refile his claims in a new and separate action.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

Entered: January 3, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge